No. 556. SOUTHERN CALIFORNIA EDISON Co. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Rollin E. Woodbury* and *Ransom W. Chase* for petitioner. *Solicitor General Griswold, Assistant Attorney General Kashiwa, Raymond N. Zagone,* and *Jacques B. Gelin* for the United States.

No. 564. FOY, TUTRIX *v.* ED TAUSSIG, INC., ET AL. Sup. Ct. La. Certiorari denied. *Samuel C. Gainsburgh* for petitioner. *Edmund E. Woodley* for respondents.

No. 566. WHITE ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Alfred A. Affinito* and *Wallace L. Duncan* for petitioners. *Solicitor General Griswold, Assistant Attorney General Kashiwa, Roger P. Marquis,* and *George R. Hyde* for the United States.

No. 568. WILSON *v.* STATE BAR OF GEORGIA ET·AL. Sup. Ct. Ga. Certiorari denied. *Frank C. Jones* for respondents.

No. 574. UNITED BONDING INSURANCE Co. *v.* DEVELOPMENT CORPORATION OF AMERICA, INC. C. A. 5th Cir. Certiorari denied. · *Erik J. Blomqvist, Jr.,* for petitioner. *Donald S. Rosenberg* for respondent.

No. 576. FAHEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Richard H. Foster* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John M. Brant* for the United States.